UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEAN SCOTT PURDIN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. C11-1266-TSZ-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 14.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall further consider and specify the weight given to the medical source opinions of record, including the opinions of Dr. Ruddell (AR at 263-67, 293-297, 340-44, 391-95), Dr. Haney (AR at 275-78, 302-305), Dr. Zimberoff (AR at 429-434), Dr. Collins (AR at 270-74), and Dr. Johnson (AR at 211-14); the ALJ shall further evaluate the

REPORT AND RECOMMENDATION
PAGE - 1

credibility of plaintiff's subjective complaints; and the ALJ shall further evaluate plaintiff's residual functional capacity. The ALJ shall also obtain medical expert evidence to determine plaintiff's exact remaining capacities, and obtain supplemental vocational expert evidence.

A proposed order accompanies this Report and Recommendation.

DATED this 6th day of January, 2012.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge